IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:07CR119

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| SHELDON BRENOWITZ, | ) |
| | ) |
| Defendant. | ) |

**ORDER GRANTING MOTION ALLOWING DEFENSE COUNSEL TO APPEAR *PRO HAC VICE* FOR A LIMITED PURPOSE**

COMES NOW, this Honorable Court, after reviewing the motion and affidavit and otherwise being advised on the premises, hereby

ORDERS AND ADJUDGES that Jo Ann Barone Kotzen, Esquire is admitted *pro hac vice* for the limited purpose of representing the above Defendant, SHELDON BRENOWITZ, in his arraignment and pretrial release hearing.

SO ORDERED.

Signed: June 14, 2007

_____
David C. Keesler
United States Magistrate Judge